# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON,** | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | )  Civil Action No. 17-522 (APM)<br>) |
| **ELECTION ASSISTANCE COMMISSION,** | )<br>)<br>) |
| Defendant. | )<br>) |

## PLAINTIFF'S NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), plaintiff in the above-captioned case hereby gives notice of its dismissal of this action.

Respectfully submitted,

 /s/ Anne L. Weismann
Anne L. Weismann
(D.C. Bar No. 298190)
Adam J. Rappaport
(D.C. Bar No. 479866)
Citizens for Responsibility and Ethics
　　in Washington
455 Massachusetts Ave., N.W., Sixth Floor
Washington, D.C.  20001
Phone: (202) 408-5565
Facsimile: (202) 588-5020

Dated:  April 21, 2017             *Attorneys for Plaintiff*